XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
MAUREEN C. ONYEAGBAKO
Deputy Attorney General
State Bar No. 238419
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7324
 Fax: (916) 324-8835
 E-mail: Maureen.Onyeagbako@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of California, Brent E. Orick, in his official capacity as Acting Chief for the Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAD LINTON, an individual; PAUL MCKINLEY STEWART, an individual; FIREARMS POLICY FOUNDATION; FIREARMS POLICY COALITION; SECOND AMENDMENT FOUNDATION; THE CALGUNS FOUNDATION; and MADISON SOCIETY FOUNDATION,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California; MARTIN HORAN, in his official capacity as Acting Chief of the Department of Justice Bureau of Firearms; and ROBERT D. WILSON, in his official capacity as Deputy Attorney General,**<br><br>                    Defendants. | 3:18-cv-7653-JD<br><br>**STIPULATION RE LITIGATION SCHEDULING**<br><br><br>Judge:         The Honorable James Donato<br>Trial Date:    N/A<br>Action Filed: December 20, 2019 |

Plaintiffs Chad Linton, Paul McKinley Stewart, Firearms Policy Foundation, Firearms Policy Coalition, Second Amendment Foundation, The CalGuns Foundation, and Madison Society Foundation, along with Defendants Xavier Becerra, in his official capacity as Attorney General of California, Brent E. Orick, in his official capacity as Acting Chief for the Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General (collectively, "the Stipulating Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. On August 22, 2019, this case came on for hearing on Defendants' motion to dismiss and for the initial case management scheduling conference.

2. On August 23, 2019, the Court issued a minute order terminating the motion to dismiss without prejudice so that the parties may pursue summary judgment. (ECF No. 26.) The order indicated that fact discovery will close on April 22, 2020, that Plaintiffs' opening summary judgment brief is due by June 22, 2020, and that Defendants' opposition is due by August 21, 2020. (*Id.*)

3. Having met and conferred about the Court's scheduling order, and in the interest of clarifying certain deadlines so that the parties may expeditiously pursue cross-motions for summary judgment consistent with the Court's order, the Stipulating Parties respectfully have agreed to the following additional dates relevant to the resolution of this matter.

4. Answer. The Stipulating Parties agree that Defendants' answer shall be filed and served on or before **September 20, 2019**.

5. Initial Disclosures. The Stipulating Parties agree that initial disclosures are due to be exchanged on or before **October 4, 2019**, or as otherwise extended and stipulated to by the parties. Initial disclosures may be exchanged by email to the undersigned counsel.

6. Summary Judgment. The Stipulating Parties agree that Plaintiffs and Defendants each may file and serve a motion for summary judgment on or before **June 22, 2020**. A responding party shall file and serve any opposition or other response to a motion for summary

///

///

1  judgment on or before **August 21, 2020**. The parties agree that any reply briefs shall be filed and
2  served on or before **September 21, 2020**.
3       IT IS SO STIPULATED.

4  Dated: September 20, 2019            Respectfully submitted,

                                                                     XAVIER BECERRA
                                                                       Attorney General of California
                                                                       ANTHONY R. HAKL
                                                                       Supervising Deputy Attorney General

                                                                     ***/s/ Maureen C. Onyeagbako***

                                                                      MAUREEN C. ONYEAGBAKO
                                                                      Deputy Attorney General
                                                         *Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of California, Brent E. Orick, in his official capacity as Acting Chief for the Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General*

Dated: September 20, 2019            Respectfully submitted,

                                                                      SEILER EPSTEIN LLP

                                                                     ***/s/ George M. Lee***

                                                                    GEORGE M. LEE
                                                         *Attorneys for Plaintiffs Chad Linton, Paul McKinley Stewart, Firearms Policy Foundation, Firearms Policy Coalition, Second Amendment Foundation, The CalGuns Foundation, and Madison Society Foundation*

SA2019100119
14112154

# CERTIFICATE OF SERVICE

| Case Name: | **Linton, Chad, et al v. Xavier Becerra** | No. | **3:18-cv-7653-JD** |
|---|---|---|---|

I hereby certify that on September 20, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION RE LITIGATION SCHEDULING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 20, 2019, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2019100119
14125428.docx