1   XAVIER BECERRA
    Attorney General of California
2   ANTHONY R. HAKL
    Supervising Deputy Attorney General
3   MAUREEN C. ONYEAGBAKO
    Deputy Attorney General
4   State Bar No. 238419
      1300 I Street, Suite 125
5    P.O. Box 944255
      Sacramento, CA 94244-2550
6    Telephone:  (916) 210-7324
      Fax:  (916) 324-8835
7    E-mail:  Maureen.Onyeagbako@doj.ca.gov
    *Attorneys for Defendants Xavier Becerra, in his*
8   *official capacity as Attorney General of California,*
    *Brent E. Orick, in his official capacity as Acting*
9   *Chief for the Department of Justice Bureau of*
    *Firearms, and Robert D. Wilson, in his official*
10  *capacity as Deputy Attorney General)*

11                  IN THE UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16  **CHAD LINTON, an individual; PAUL**          3:18-cv-7653-JD
    **MCKINLEY STEWART, an individual;**
17  **FIREARMS POLICY FOUNDATION;**               **DEFENDANTS' ANSWER TO**
    **FIREARMS POLICY COALITION;**                **COMPLAINT FOR DECLARATORY**
18  **SECOND AMENDMENT FOUNDATION;**              **AND INJUNCTIVE RELIEF**
    **THE CALGUNS FOUNDATION; and**
19  **MADISON SOCIETY FOUNDATION,**

20                                 Plaintiffs,

21              **v.**

22
    **XAVIER BECERRA, in his official capacity**
23  **as Attorney General of California;**
    **MARTIN HORAN, in his official capacity**      Judge:        The Honorable James Donato
24  **as Acting Chief of the Department of Justice**  Action Filed:  December 20, 2018
    **Bureau of Firearms; and ROBERT D.**
25  **WILSON, in his official capacity as Deputy**
    **Attorney General,**
26
                                   Defendants.
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER**

Defendants Xavier Becerra, in his official capacity as Attorney General of California, Brent E. Orick, in his official capacity as Acting Chief for the Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General (collectively, Defendants), hereby answer the complaint for declaratory judgment and injunctive relief (Complaint), filed on December 20, 2018, by Plaintiffs Chad Linton, Paul McKinley Stewart, Firearms Policy Foundation, Firearms Policy Coalition, Second Amendment Foundation, The CalGuns Foundation, and Madison Society Foundation (ECF No. 1), as follows:

**Introduction**[1]

1.      Answering Paragraphs 1, 2, and 3, these paragraphs contain assertions and conclusions of law, and Plaintiffs' characterization of this lawsuit, to which no response is required.  To the extent there are factual allegations for which a response is necessary, or the paragraphs misstate the applicable law, Defendants deny the allegations.

**Parties**

2.      Answering Paragraphs 4 and 5, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

3.      Answering Paragraphs 6 through 10, Defendants admit that Firearms Policy Foundation, Firearms Policy Coalition, Inc., Second Amendment Foundation, Inc., The Calguns Foundation, and Madison Society Foundation, are non-profit organizations.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, deny the allegations.

4.      Answering Paragraph 11, this paragraph contains assertions and conclusions of law, and Plaintiffs' characterization of this lawsuit, to which no response is required.  To the extent Paragraph 11 contains material factual allegations for which a response is necessary, Defendants admit the allegations.

5.      Answering Paragraph 12, Defendants deny the allegations.

---

[1] For ease of reference, Defendants include the headings used in the Complaint. Defendants deny allegations contained in all unenumerated subheadings of the Complaint.

6.      Answering Paragraph 13, Defendants admit that Robert D. Wilson is a Deputy Attorney General for the California Department of Justice and that he is being sued in his official capacity.  Defendants deny the remaining allegations in this paragraph.

7.      Answering Paragraph 14, Defendants deny the allegations.

**Jurisdiction and Venue**

8.      Answering Paragraphs 15 and 16, these paragraphs contain assertions and conclusions of law, and Plaintiffs' characterization of this lawsuit, to which no response is required.  To the extent there are factual allegations for which a response is necessary, or the paragraphs misstate the applicable law, Defendants deny the allegations.

**Background and Facts Common to All Counts**

*Plaintiff Chad Linton*

9.      Answering Paragraphs 17 through 22, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

10.     Answering Paragraph 23, Defendants admit that Plaintiff Linton was denied the purchase of a firearm in or around December 2015, and lack sufficient knowledge or information to form a belief about the remaining allegations, and on that basis, deny the allegations.

11.     Answering Paragraphs 24 and 25, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

12.     Answering Paragraph 26, first sentence, Defendants admit that Plaintiff Linton underwent a personal Firearms Eligibility Check (PFEC) pursuant to California Penal Code § 30105(a), and lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, deny the allegations.  Answering Paragraph 26, second, third, and fourth, these sentences contain Plaintiffs' characterizations of Exhibit C, which speaks for itself, and to which no response is required.

13.     Answering Paragraph 27, first sentence, Defendants lack sufficient knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny the

3

allegations.  Answering Paragraph 27, second and third sentences, these sentences are based on Plaintiffs' characterizations of Exhibit D, which speaks for itself, and to which no response is required.  Answering Paragraph 27, fourth sentence, Defendants lack sufficient knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

14.     Answering Paragraph 28, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

15.     Answering Paragraph 29, this paragraph is based on Plaintiffs' characterization of Exhibit E, which speaks for itself and to which no response is required.  Defendants lack sufficient knowledge or information to form a belief as to the truth of any remaining allegations, and on that basis, deny the allegations.

16.     Answering Paragraph 30, this paragraph is based on Plaintiffs' characterization of Exhibits F and G, which speak for themselves and to which no response is required.  Defendants lack sufficient knowledge or information to form a belief as to the truth of any remaining allegations, and on that basis, deny the allegations.

17.     Answering Paragraphs 31 through 35, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

18.     Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.  Defendants further respond that to the extent the allegations are a characterization of Exhibit H, the document speaks for itself and no response is required.

19.     Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

### *Plaintiff Paul McKinley Stewart*

20.     Answering Paragraphs 38 through 45, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

21.     Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.  Defendants further respond that to the extent the allegations are a characterization of Exhibit I, the document speaks for itself and no response is required.

22.     Answering Paragraphs 47 and 48, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

23.     Answering Paragraph 49, this paragraph is based on Plaintiffs' characterization of Exhibit J, which speaks for itself and to which no response is required.  Defendants lack sufficient knowledge or information to form a belief as to the truth of any remaining allegations, and on that basis, deny the allegations.

24.     Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

25.     Answering Paragraphs 51 and 52, Defendants deny the allegations.

26.     Answering Paragraph 53, this paragraph contains assertions and conclusions of law, and Plaintiffs' characterization of this lawsuit, to which no response is required.  To the extent there are factual allegations for which a response is necessary, Defendants deny the allegations.

## CLAIMS FOR RELIEF

## COUNT I: VIOLATION OF U.S. CONST., AMEND. II

27.     Answering Paragraph 54, Defendants incorporate by reference their responses to the preceding paragraphs.

28.     Answering Paragraphs 55 and 56, these paragraphs contain assertions and conclusions of law to which no response is required.  To the extent there are factual allegations for which a response is necessary, or the paragraphs misstate the applicable law, Defendants deny the allegations.

29.     Answering Paragraphs 57 through 59, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

1    30.    Answering Paragraph 60, Defendants deny depriving Plaintiffs of their Second

2  Amendment right.  Defendants lack sufficient knowledge or information to form a belief as to the

3  remaining allegations, and on that basis, deny the allegations.

4    31.    Answering Paragraphs 61 and 62, these paragraphs contain assertions and

5  conclusions of law to which no response is required.  To the extent there are factual allegations

6  for which a response is necessary, or the paragraphs misstate the applicable law, Defendants deny

7  the allegations.

8                    **COUNT II: VIOLATION OF U.S. CONST., Art. IV § 1**

9                            **Full Faith and Credit Clause**

10    32.    Answering Paragraph 63, Defendants incorporate by reference their responses to the

11  preceding paragraphs.

12    33.    Answering Paragraphs 64 through 66, these paragraphs contain assertions and

13  conclusions of law and to which no response is required.  To the extent there are factual

14  allegations for which a response is necessary, or the paragraphs misstate the applicable law,

15  Defendants deny the allegations.

16    34.    Answering Paragraph 67, Defendants deny the allegations.

17      **COUNT III: VIOLATION OF U.S. CONST., Art. IV § 2; Amend. XIV, § 1**

18                            **Privileges and Immunities Clause**

19                                **(Against All Defendants)**

20    35.    Answering Paragraph 68, Defendants incorporate by reference their responses to the

21  preceding paragraphs.

22    36.    Answering Paragraphs 69 through 72, Defendants deny the allegations.

23    37.    Answering Paragraphs 70 through 74, these paragraphs contain assertions and

24  conclusions of law and to which no response is required.  To the extent there are factual

25  allegations for which a response is necessary, or the paragraphs misstate the applicable law,

26  Defendants deny the allegations.

27    38.    Answering Paragraph 75, Defendants deny the allegations.

28

**PRAYER FOR RELIEF**

39.     Defendants deny that Plaintiffs are entitled to any relief.

**<u>AFFIRMATIVE DEFENSES</u>**

**First Affirmative Defense**

Defendants are entitled to qualified immunity from this action because their actions were objectively reasonable and did not violate any clearly established right.

**Second Affirmative Defense**

Plaintiffs fail to state a claim upon which relief can be granted, or any justiciable claim.

**Third Affirmative Defense**

Plaintiffs lack standing to challenge the constitutionality of the alleged policies, practices, and practices in this case.

**Fourth Affirmative Defense**

Plaintiffs have not suffered an actual injury or damages.

**Fifth Affirmative Defense**

Plaintiffs cannot pursue the Complaint because of the doctrines of estoppel, laches, unclean hands, and waiver.

**Sixth Affirmative Defense**

Plaintiffs contributed to their own damages, if any, by committing felony offenses.

**Seventh Affirmative Defense**

The acts or omissions of third persons or parties are the legal cause of Plaintiffs' damages in whole or in part.

**Eighth Affirmative Defense**

Because the Complaint allegations are couched in conclusory terms, Defendants cannot fully anticipate all affirmative defenses that may be applicable to this action.  Thus, Defendants reserve the right to assert additional affirmative defenses, if and to the extent such affirmative defenses apply.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ninth Affirmative Defense**

The Complaint, and each cause of action alleged therein, fails to state a claim for attorneys' fees.

**Tenth Affirmative Defense**

Defendants are entitled to sovereign immunity from this action.

## <u>DEFENDANTS' PRAYER FOR RELIEF</u>

Defendants pray that the Court provide the following relief:

1.    That Plaintiffs take nothing by this action;

2.    Entry of judgment for Defendants;

3.    An award of costs of suit and attorneys' fees to Defendants; and

Such other relief as the Court deems proper.

Dated:  September 20, 2019                                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Maureen C. Onyeagbako*

MAUREEN C. ONYEAGBAKO
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of California, Brent E. Orick, in his official capacity as Acting Chief for the Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General*

SA2019100119

Defendants' Answer to Complaint for Declaratory and Injunctive Relief  (3:18-cv-7653-JD)