George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
FIREARMS POLICY FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:18-cv-07653-JD <br><br> **SUPPLEMENTAL DECLARATION OF GEORGE M. LEE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> **[FRCP 15]** <br><br> DATE:    JANUARY 2, 2020 <br> TIME:    10:00 A.M. <br> COURTROOM: 11, 19TH FLOOR <br> JUDGE:   HON. JAMES DONATO |

I, George M. Lee, declare as follows:

1.  I am an attorney at law, in good standing, duly licensed to practice law in this state and appear before its courts. I am admitted to practice and appear before the Northern District of California. I am counsel of record for plaintiffs Chad Linton et al. in this action. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. This supplemental declaration is made in support of plaintiffs' motion for leave to file their First Amended Complaint in this action. Specifically, this declaration is made to address the suggestion, made in defendants' opposition to plaintiffs' motion filed yesterday [ECF No. 33], that plaintiffs have not demonstrated diligence in seeking leave to amend the complaint.

3. I first spoke with proposed plaintiff Kendall Jones when he called me on October 21, 2019. Prior to that, I had never heard about him or his claims. After speaking with him, I investigated his claims, reviewed the pertinent documents which are attached as exhibits to the proposed First Amended Complaint [Exhs. K-M], reviewed pertinent Texas authority, and then entered into an agreement to represent him, as stated, on October 31, 2019.

4. I then drafted the proposed First Amended Complaint, sent a redlined version to Deputy Attorney General Onyeagbako on November 6, 2019. In my email, I requested that defendants stipulate to the filing of the same.

5. I followed up with an email requesting time to discuss the requested stipulation on November 12, 2019.

6. I was finally able to speak with Dep. Attorney General Onyeagbako on November 13, 2019, at which time she indicated that defendants would not stipulate to the filing of the amended complaint.

7. I filed the instant motion two days later, on November 15, 2019.

8. I received defendant's opposition filed via ECF on November 27, 2019. And I am now filing this declaration on November 28, 2019.

9. The only discovery which has been propounded is an initial request for production of documents, and defendants' production of documents related to plaintiffs Linton and Stewart, and some assorted policy statements. Defendants produced 113 pages of documents in total. No other written discovery has been propounded.

10. Because this appears to be a routine matter regarding a proposed amendment, without any demonstrable prejudice, plaintiffs would request that the Court consider plaintiffs' motion for leave to amend without the necessity hearing so that, if granted, plaintiffs may file and serve their First Amended Complaint without further delay.

I declare under penalty of perjury that the foregoing is correct.  Executed November 28, 2019.

                                                    GEORGE M. LEE