George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
KENDALL JONES, FIREARMS POLICY FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>    Defendants. | Case No. 3:18-cv-07653-JD<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; NOTICE OF HEARING**<br><br>**[FRCP 65]**<br><br>Date:    January 23, 2020<br>Time:    10:00 a.m.<br>Courtroom 11, 19th Floor<br>Judge:   Hon. James Donato |

TO ALL PARTIES, THROUGH THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **Thursday, January 23, 2020**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard in Courtroom 11 of this United States District Court, Hon. James Donato presiding, plaintiffs CHAD LINTON, PAUL MCKINLEY STEWART, KENDALL JONES, FIREARMS POLICY FOUNDATION, FIREARMS POLICY COALITION, SECOND AMENDMENT FOUNDATION, CALIFORNIA GUN RIGHTS FOUNDATION and MADISON SOCIETY FOUNDATION ("plaintiffs"), will and hereby do

move this Court for the issuance of a preliminary injunction, enjoining defendants from enforcing and continuing to enforce their policies which deprive individual plaintiffs Linton, Stewart and Jones from their right to purchase, own, possess, and handle firearms and ammunition within the State of California, pursuant to FRCP 65(b).

Plaintiffs specifically request that this Court grant preliminary injunctive relief to prevent defendants from continuing to deprive them of important rights under the Constitution, and to prevent them from enforcing and continuing to enforce Pen Code §§ 29800 and 30305 against plaintiffs Linton, Stewart and Jones, based upon their non-violent, out-of-state felony convictions that have been set aside and vacated in their respective states of origin. Defendants should further be enjoined from denying these plaintiffs Certificates of Eligibility pursuant to Pen. Code § 26710.

This motion will be made on the grounds that the defendants' policies, practices, and customs are being used to deny the right of plaintiffs, and similarly situated individuals, to own/possess and purchase firearms, notwithstanding other state court judgments and proceedings that have specifically set aside, vacated or otherwise dismissed their felony convictions, and restored their firearm rights to them; that these policies violate the Second Amendment, the Full Faith and Credit Clause (Art. IV § 1); that plaintiffs have shown a likelihood of prevailing on the merits of their claims; that plaintiffs have shown irreparable injury in the absence of preliminary injunctive relief; and that the balance of equities tips in the plaintiffs' favor, justifying preliminary injunctive relief.

In support of this motion, plaintiffs and moving parties will rely upon this notice of motion and motion, the memorandum of points and authorities; the supporting declarations of the plaintiffs and counsel, and all exhibits attached thereto, their request for judicial notice, all court records and other matters of which the Court may take judicial notice, and all other evidence and argument that the Court may consider upon the hearing of this matter.

| | |
|---|---|
| Dated: December 19, 2019 | **SEILER EPSTEIN LLP** |
| | /s/ George M. Lee |
| | George M. Lee |
| | Attorneys for Plaintiffs |