George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
KENDALL JONES, FIREARMS POLICY FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>    Defendants. | Case No. 3:18-cv-07653-JD<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. 38]**<br><br>Current Hearing Date: Jan. 23, 2020<br>Proposed Hearing Date: Feb. 13, 2020<br>Time:       10:00 a.m.<br>Courtroom 11, 19th Floor<br>Judge:      Hon. James Donato |

## STIPULATION

WHEREAS, Plaintiffs Chad Linton, Paul McKinley Stewart, Kendall Jones, Firearms Policy Coalition, Firearms Policy Foundation, California Gun Rights Foundation, and Madison Society Foundation ("Plaintiffs") filed their Motion for Preliminary Injunction on December 19, 2019 [Dkt. No. 38] ("Motion"), setting a date for hearing of the Motion on January 23, 2020 at 10:00 a.m. in Courtroom 11 of this District Court, Hon. James Donato Presiding; and

1    WHEREAS, given the forward-looking time for calculation of opposition and reply dates
2  provided by Northern District Local Rule 7-3, which would have put the time for Defendants
3  Xavier Becerra, Brent E. Orick and Robert D. Wilson ("Defendants") to file any anticipated
4  opposition to Plaintiffs' Motion on January 2, 2020, immediately after the Holidays, Plaintiffs
5  offered to stipulate to alter the briefing schedule otherwise required by such Local Rule;
6    WHEREFORE, the parties hereby agree and STIPULATE to continue the hearing of
7  Plaintiffs' Motion to **Thursday, February 13, 2020**, at 10:00 a.m., or to a date and time as soon
8  thereafter as it may please the Court; and further STIPULATE to a briefing schedule which
9  would permit Defendants to file any opposition to the Motion on or before Monday, January 27,
10  2020, and for Plaintiffs to file any reply to Defendants' opposition to the Motion on or before
11  Monday, February 3, 2020.
12    The parties respectfully request that the Court accept and adopt this stipulation by
13  entering the Proposed Order as set forth below.
14    SO STIPULATED.

15  Dated: December 31, 2019            **SEILER EPSTEIN LLP**

17                                      /s/ George M. Lee
                                        George M. Lee

                                        Attorneys for Plaintiffs

19  Dated: December 31, 2019            XAVIER BECERRA
20                                      Attorney General of California
                                        ANTHONY R. HAKL
21                                      Supervising Deputy Attorney General

23                                      /s/ Maureen C. Onyeagbako
                                        MAUREEN C. ONYEAGBAKO
24                                      Deputy Attorney General

26                                      Attorneys for Defendants Xavier Becerra, in his
                                        official capacity as California Attorney General,
27                                      Brent E. Orick, in his official capacity as Acting
                                        Director of the California Department of Justice
28                                      Bureau of Firearms, and Robert D. Wilson, in his
                                        official capacity as Deputy Attorney General

**SEILER EPSTEIN LLP**
Attorneys at Law

■ ■ ■

**PROPOSED ORDER**

The Court, having considered the Stipulation of the parties set forth above, and finding that good cause appears to continue the hearing date of Plaintiffs' Motion for Preliminary Injunction [Dkt. No. 38], and to alter the briefing schedule provided by Northern District Local Rule 7-3, hereby ORDERS that hearing of the Plaintiffs' Motion shall be continued to **Thursday, February 13, 2020**, at 10:00 a.m. Defendants shall file any opposition to the Motion on or before Monday, January 27, 2020, and Plaintiffs shall file any reply to Defendants' opposition to the Motion on or before Monday, February 3, 2020.

SO ORDERED.

Dated: _____   _____
                                                                            HON. JAMES DONATO
                                                                            UNITED STATES DISTRICT JUDGE