UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD JAY LINTON, et al., | Case No.  18-cv-07653-JD |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| XAVIER BECERRA, et al., | |
| Defendants. | |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | Closed |
| Fact discovery cut-off | April 22, 2020 |
| Expert disclosures | April 30, 2020 |
| Rebuttal expert disclosures | May 21, 2020 |
| Expert discovery cut-off | June 4, 2020 |
| Summary judgment opening brief due | June 22, 2020 |
| Summary judgment opposition brief due | August 21, 2020 |
| Summary judgment reply brief due | September 21, 2020 |
| Last day to file *Daubert* motions | September 24, 2020 |

| Event | Deadline |
|-------|----------|
| Pretrial conference | December 17, 2020 at 1:30 p.m. |
| Bench Trial | January 11, 2021 at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  January 9, 2020

_____
JAMES DONATO
United States District Judge