# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  February 20, 2020											Judge:  Hon. James Donato

Time: 8 Minutes

Case No.      **C-18-07653-JD**
Case Name    **Linton et al v. Becerra et al**

Attorney(s) for Plaintiff(s):      George M. Lee
Attorney(s) for Defendant(s):   Maureen C. Onyeagbako

Deputy Clerk:  Lisa R. Clark										Court Reporter: JoAnn Bryce

### PROCEEDINGS

Motion for Preliminary Injunction – Held

### NOTES AND ORDERS

The Court hears argument on the plaintiffs' motion for a preliminary injunction, Dkt. No. 38, and takes it under submission.