George M. Lee (SBN 172982)
   gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:     (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
KENDALL JONES, FIREARMS POLICY FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:18-cv-07653-JD <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** <br><br> **[FRCP 56]** <br><br> Courtroom 11, 19th Floor <br> Judge:    Hon. James Donato |

TO ALL PARTIES, THROUGH THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Pro. 56, plaintiffs Chad Linton, Paul McKinley Stewart, Kendall Jones, Firearms Policy Foundation, Firearms Policy Coalition, Inc., Second Amendment Foundation, California Gun Rights Foundation and Madison Society Foundation ("Plaintiffs"), will and hereby do move this Court for the issuance of an order granting summary judgment in Plaintiffs' favor, and against Defendants Xavier Becerra, in his official capacity as Attorney General of California, Brent E. Orick, in his official capacity as Acting Chief of the Department of Justice Bureau of Firearms, and Robert D. Wilson, in his

official capacity as Deputy Attorney General ("Defendants").

This motion is made on the grounds that the Defendants' policies, practices, and customs are being used to deny the right of Plaintiffs Linton, Stewart and Jones, to own/possess and purchase firearms, notwithstanding other state court judgments and proceedings that have specifically set aside, vacated or otherwise dismissed their prior felony convictions, and restored their firearm rights to them; that these policies violate the Second Amendment, the Full Faith and Credit Clause, art. IV § 1, and the Privileges and Immunities Clause, art. IV § 2, and Amend. XIV, § 1 of the U.S. Constitution.

In the alternative, if for any reason summary judgment cannot be had, Plaintiffs will and hereby do move for partial summary judgment/summary adjudication pursuant to FRCP 56(a), on each the following claims, individually:

**Count I:** That Plaintiffs are entitled to judgment on their first claim for relief that Defendants' policies, practices and customs violate the Second Amendment;

**Count II:** That Plaintiffs are entitled to judgment on their second claim for relief that Defendants' policies, practices and customs violate the Full Faith and Credit Clause, art. IV § 1 of the U.S. Constitution; and/or

**Count III:** That Plaintiffs are entitled to judgment on their third claim for relief that Defendants' policies, practices and customs violate the Privileges and Immunities Clause, art. IV § 2, and Amend. XIV, § 1 of the U.S. Constitution.

Any hearing on the motion will be set by the Court, if necessary.

In support of this motion, Plaintiffs and moving parties rely upon this notice of motion and motion, the memorandum of points and authorities, the supporting declarations of the plaintiffs and counsel, and all exhibits attached thereto, their request for judicial notice, all court records and other matters of which the Court may take judicial notice, and all other evidence and argument that the Court may consider upon the hearing of this matter.

//

//

| | | |
|---|---|---|
| 1 | Dated: June 22, 2020 | **SEILER EPSTEIN LLP** |
| 2 | | |
| 3 | | /s/ George M. Lee |
| | | George M. Lee |
| 4 | | |
| 5 | | Attorneys for Plaintiffs |