George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
KENDALL JONES, FIREARMS POLICY FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD LINTON, et al., | Case No. 3:18-cv-07653-JD |
| Plaintiffs, | **DECLARATION OF PLAINTIFF KENDALL JONES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | **[FRCP 56]** |
| Defendants. | Courtroom 11, 19th Floor<br>Judge:    Hon. James Donato |

DECLARATION OF KENDALL JONES

I, Kendall Jones, declare as follows:

1.    I am an adult resident of the County of Sacramento, California, where I have lived for over 39 years. I am a named plaintiff in this matter and if called as a witness, I could competently testify to these facts.

2.    This declaration is made in support of plaintiffs' motion for summary judgment,

or in the alternative, for partial summary judgment.

3. I am a 30-year veteran of the California Department of Corrections, having been employed as a Correctional Officer from 1984 through 2013. In 2013, I was specifically asked to return to provide firearms and other use-of-force training to the Department. Until my final honorable retirement in 2014, I served as the Primary Armory Officer for the CSP Solano facility for over 19 years, specializing in firearms, chemical agents, batons and use of deadly force training. I received my Peace Officers' Standards and Training (POST) Certification in 1997 and has continued training through the National Rifle Association (NRA) and the Sacramento Regional Public Safety Training Center. My primary focus has been on firearms, laws, self-defense, firearms safety and responsibility. In 2004 I was designated as a Subject Matter Expert in the use of force by the Department of Corrections.

4. During my career as a Correctional Officer, I received numerous letters of commendation and letters of appreciation, both pertaining to my primary duties as a Correctional Officer, but also as a firearms and use-of-force instructor, from officials, including State correctional officials and wardens.

5. As a law enforcement officer and professional trainer, I am well trained in the use of firearms. I have personally trained thousands of Peace Officers and private citizens in the proper use of handguns, rifles, shotguns, less-lethal options (pepper spray) and the use of force. I have received specialized training in tactical handguns, rifles and shotguns. I have continued to expand my knowledge base by attending firearms instructor courses ensuring that I am current and up-to-date on any new changes in his areas of expertise. I am qualified to provide superior training in all aspects of firearms training, self-defense, safety and gun care.

6. I currently have and maintain NRA certifications for: (1) Home Safety, Protection, Education and Responsibility; (2) Pistol and Rifle; (3) NRA Law Enforcement Handgun/Shotgun Instructor; and (4) Metallic Cartridge Reloading Instructor. In addition, I am or have been an instructor for the California Commission on Peace Officers Standards and Training (POST), and have further received training and certificates from:

- Glock (Glock Instructor's Workshop);

2

- Sacramento Regional Public Safety Training Center (Firearms/Rifle Instructor; Firearms Instructor Update);
- Armor Holdings, Inc. (Basic Instructor, Critical Response); and
- California Department of Corrections Correctional Training Center (Expandable Baton Instructor Certification; Use of Force Training; Chemical Agents, and First Aid).

7. I have been a firearms instructor for the Bureau of Security and Investigative Services (BSIS), and I maintain active memberships in the International Association of Law Enforcement Firearms Instructors (IALEFI) and have received a certificate in the Master Instructor Development Program with IALEFI. I have been a firearms instructor with the California Dept of Corrections, the Sacramento Gun Club, and numerous CCW programs.

8. I was born in Merced, California, and spent my latter years growing up in Houston, Texas. In 1980, when I was 19 years old, and living in Houston, I was arrested arising from an incident involving the alleged misuse of a credit card. In that case, someone had told me that I could use his credit card when, in fact, he did not have authorization to use it himself in the first place, and therefore, I had mistakenly used a credit card under false pretenses.

9. After being charged with credit card fraud, in 1980, I was made an offer by the prosecutor, in which he offered that the charges would be set aside and dismissed, following a period of probation, if I agreed to plead guilty to a single charge of "credit card abuse," a third degree felony under Texas law, which involved no term of confinement. In light of the prosecutor's offer by which these charges would be set aside and dismissed, I accepted this deal, pled guilty to the charge as offered, and completed a three-year term of probation under community supervision.

10. Having successfully completed the term of my community supervision probation, on or about August 22, 1983, the district court for the County of Harris, Texas, permitted me to withdraw my plea of guilty, set aside and dismiss the judgment of conviction. I was able to obtain a certified copy of this judgment. A true and correct certified copy of the Texas court's

DECL. OF PLAINTIFF KENDALL JONES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT | CASE NO. 3:18-cv-07653-JD

FULL TERMINATION ORDER OF THE COURT DISMISSING THE CAUSE in the Texas case is attached hereto as **Jones Exhibit A**.

11. After this event, I moved to California and pursued my career in law enforcement with the State of California, as discussed in paragraph 3 above. I received and completed my training at the Richard A. McGee Correctional Training Center in 1984, and went to work for the Department of Corrections. I also have completed community college courses in firearms instruction, which I have continued to update every two years. Throughout my career in law enforcement, I legally and necessarily owned and possessed firearms, as a part of my profession, for personal protection, recreation and sport.

12. Since retiring honorably in 2014, I have chosen to pursue my career as a law enforcement firearms and use-of-force trainer, drawing upon my 30 years of training and experience in the field. To continue in this field and chosen profession, which I have dutifully and lawfully pursued and trained for, for over 30 years, I am required to own and possess firearms and handle both firearms and ammunition. In fact, at the current time, I am listed on the Department of Justice's website as one of its Certified Instructors eligible to provide training specified by Pen. Code § 31635(b). A true and correct excerpt from the DOJ's current list of instructors authorized to provide "Comparable Firearm Safety Training" in which I am listed is attached hereto as **Jones Exhibit B**.

13. I have previously had no problem obtaining and holding a Certificate of Eligibility ("COE") to own/possess firearms and/or ammunition under Cal. Penal Code § 26710, a necessary requirement to becoming or maintaining status as a certified firearm instructor under current DOJ policy.

14. In 2018, I submitted my application for renewal of my COE, which I had held without incident since 2010. In or around February 2018, the DOJ informed me that the COE application was being delayed. I then initiated a record review request. On or about February 23, 2019, the DOJ Bureau of Firearms informed me that according to the Department's records, I was "not eligible to own, possess or have under [his] custody or control any firearm[,]" and

4

DECL. OF PLAINTIFF KENDALL JONES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT | CASE NO. 3:18-cv-07653-JD

denied me a Certificate of Eligibility.  A true and correct copy of the DOJ's letter of February 23, 2019 is attached hereto as **Jones Exhibit C**.

15. I am informed and believe that the Department's policies, practices, and customs are being used to deny the right of plaintiffs, and similarly situated individuals, to own/possess and purchase firearms, notwithstanding other state court judgments and proceedings that have specifically set aside, vacated or otherwise dismissed our felony convictions, and restored our firearm rights.

16. As a result of these policies, and the denial of my renewal of the COE, I am unable to pursue my chosen and long-pursued and trained-for career as a firearms instructor.  I have had to discontinue all further firearms instruction, training and classes.  I am thus being permanently deprived of my career and livelihood that I have literally been training for, for over 30 years.  Unless and until the Department, and the defendants' implementation of these policies is restrained and enjoined, temporarily, preliminarily and permanently, I will continue to be deprived of my ability to make a living in this field.  And furthermore, my inability to own/possess or even handle firearms or ammunition, resulting in my inability to be a firearms trainer, is causing severe injury to my professional reputation as a firearms instructor and trainer, within the law enforcement and civilian training communities.  Defendants' policies have also caused me severe and ongoing humiliation and embarrassment associated with being a "prohibited person," even after 30 years of service in law enforcement.

17. Also, as the Department now legally considers me to be a "prohibited person," I am no longer able to legally defend myself with the use of a firearm.  This is particularly problematic as a retired correctional officer, as I have had interactions and incidents involving some of the state's most violent convicted criminals in prison.  It was not unusual for me to be threatened by inmates while I was on duty, e.g., with statements like, "One day I'll see you on the streets," and the like.

18. I am therefore continuing to be deprived of the ability to exercise my rights guaranteed by the Second Amendment here in California, through the defendants' policies,

practices, and interpretation of law, which prohibit me from owning or possessing firearms. I have been and am continuing to be deprived of the ability to exercise a fundamental constitutional right to possess a firearm for lawful purposes, including for self-defense in the home. I desire to exercise, and would exercise these rights, but for the defendants' policies that prohibit me from doing so.

      19.    For these reasons, and as set forth in the motion, we respectfully request summary judgment in our favor on all claims.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/18/2020

*Kendall Jones*

KENDALL JONES

6

DECL. OF PLAINTIFF KENDALL JONES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT | CASE NO. 3:18-cv-07653-JD

**JONES EXHIBIT A**

**FULL TERMINATION ORDER OF THE COURT DISMISSING THE CAUSE**

29|337

THE STATE OF TEXAS  
VS. NO. 317020  
KENDALL JONES

IN CRIMINAL DISTRICT COURT NO. 180 OF HARRIS COUNTY, TEXAS

It appears to the Court, after considering the recommendation of the defendant's probation officer, and other matters and evidence to the effect that the defendant has satisfactorily fulfilled the conditions of probation during the full period of the original probationary period to which he was sentenced. Therefore the period of probation is terminated.

It is therefore the order of the Court that the defendant be and he is hereby permitted to withdraw his plea of guilty, the indictment against the defendant be and the same is hereby dismissed and the Judgment of Conviction be hereby set aside as provided by law.

Probation Officer: _Clara B. Perez_

Entered this __22nd__ day of __August__, A.D. 1983, _____, Judge Presiding 05



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 22, 2019


Certified Document Number:          79056150 Total Pages:  1


Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**JONES EXHIBIT B**

State of California Department of Justice



# XAVIER BECERRA
## Attorney General

HOME    ABOUT    MEDIA    CAREERS    REGULATIONS    RESOURCES    PROGRAMS    CONTACT

# Becoming A DOJ Certified Instructor And Maintaining Current DOJ Certified Instructor Certification

Home / Firearms / Becoming A DOJ Certified Instructor And Maintaining Current ...

[…]

## Comparable Training In Firearms Safety

**Entities Recognized by DOJ as Providing Comparable Firearm Safety Training to Those Entities Specified by Penal Code section 31635, subdivision (b).**

Penal Code section 31635, subdivision (b) authorizes the California Department of Justice (DOJ) to recognize entities which provide firearms safety training comparable to the entities specified within that subdivision. Individuals possessing a Certificate of Completion from any of the entities so recognized by DOJ may apply to be a DOJ Certified Instructor.

The entities recognized by DOJ as providing firearms safety training comparable to the entities specified by Penal Code section 31635, subdivision (b) are:

[…]

| Sacramento Gun Club | Kendall Jones | Sacramento | ▇▇▇▇▇ |

[Excerpts from: https://oag.ca.gov/firearms/fscinfo as of 11/15/19]

**JONES EXHIBIT C**



**XAVIER BECERRA**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

BUREAU OF FIREARMS
P.O. BOX 160487
SACRAMENTO, CA 95816-0487
Telephone: (916) 227-3751
Fax: (916) 227-1032

February 23, 2019

KENDALL JONES

RE : Certificate of Eligibility Denial Notice

Dear KENDALL JONES:

    The California Department of Justice (the Department) has reviewed your application for a Certificate of Eligibility. Department records indicate you are not eligible to own, possess, or have under your custody or control any firearm. Therefore, your application for a Certificate of Eligibility is denied.

    California law affords you the opportunity to obtain a copy of your records and to refute any erroneous or inaccurate information contained therein. (Pen. Code, §§ 11120 – 11127.) If you wish to obtain a copy of your record, you must complete a Firearms Record Review Request for Live Scan (BOF 8016RR). This form can be found on the Department's website at https://oag.ca.gov/firearms/forms.

    If you have any questions, please email the Bureau of Firearms at COE@doj.ca.gov.

Sincerely,

CERTIFICATE OF ELIGIBILITY UNIT
Bureau of Firearms

For   XAVIER BECERRA
       Attorney General

BOF/COE-0003