1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  MAUREEN C. ONYEAGBAKO
   Deputy Attorney General
4  State Bar No. 238419
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 210-7324
    Fax:  (916) 324-8835
7   E-mail:  Maureen.Onyeagbako@doj.ca.gov
   *Attorneys for Defendants Xavier Becerra, in his*
8  *official capacity as Attorney General of California,*
   *Luis Lopez, in his official capacity as Director of the*
9  *California Department of Justice Bureau of*
   *Firearms, and Robert D. Wilson, in his official*
10 *capacity as Deputy Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAD LINTON, an individual; PAUL MCKINLEY STEWART, an individual; KENDALL JONES, an individual; FIREARMS POLICY FOUNDATION; FIREARMS POLICY COALITION; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and MADISON SOCIETY FOUNDATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California; LUIS LOPEZ, in his official capacity as Director of the California Department of Justice Bureau of Firearms; and ROBERT D. WILSON, in his official capacity as Deputy Attorney General,**<br><br>Defendants. | 3:18-cv-7653-JD<br><br>**STIPULATION AND JOINT MOTION TO VACATE DATES PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT/ PARTIAL SUMMARY JUDGMENT**<br><br><br>Judge:     The Honorable James Donato<br>Trial Date:   January 11, 2021<br>Action Filed:  December 20, 2019 |

1

1    Pursuant to Civil Local Rules 7 and 7-12, Plaintiffs Chad Linton, Paul McKinley Stewart, Kendall Jones, Firearms Policy Foundation, Firearms Policy Coalition, Second Amendment Foundation, California Gun Rights Foundation, and Madison Society Foundation, along with Defendants Xavier Becerra, in his official capacity as Attorney General of California, Luis Lopez, in his official capacity as Director of the California Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General, by and through their undersigned counsel, hereby stipulate and jointly move as follows:

1. Pending before this Court is Plaintiffs' motion for summary judgment, or in the alternative, for partial summary judgment (Plaintiffs' Motion).  Briefing on Plaintiffs' Motion concluded on September 21, 2020.  (*See* ECF Nos. 47, 48, 49.)  The parties understand that a hearing on Plaintiffs' Motion will be set by the Court, if necessary.

2. Pursuant to this Court's Scheduling Order, the pretrial conference in this case is currently set for December 17, 2020, and the bench trial for January 11, 2021.  (ECF No. 41.)

3. In addition, the Deputy Attorney General currently assigned to handle this matter for Defendants recently accepted a new position within the Department of Justice, which is expected to necessitate additional counsel, and perhaps substitute counsel, for Defendants.

4. Given the potentially dispositive nature of Plaintiffs' Motion and the likelihood that new counsel may need to familiarize themselves with the issues in advance of any trial, the parties agree that it would serve in the interest of judicial economy and conserving the parties' resources to vacate the trial date, pretrial conference date, and all corresponding deadlines, pending resolution of Plaintiffs' Motion.  The dates may be reset, if necessary, after resolution of Plaintiffs' Motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

Stip. and Jt. Mot. to Vacate Dates Pending Resolution of Pls.' Mot. Summ. J. / Partial Summ. J. (3:18-cv-7653-JD)

5. Accordingly, the parties stipulate and jointly move for an order providing that the December 17, 2020 pretrial conference, January 11, 2021 bench trial, and all corresponding dates be vacated pending resolution of Plaintiffs' Motion.

IT IS SO STIPULATED.

Dated: December __, 2020                    Respectfully submitted,

                                            XAVIER BECERRA
                                            Attorney General of California
                                            ANTHONY R. HAKL
                                            Supervising Deputy Attorney General


                                            */S/ MAUREEN C. ONYEAGBAKO*
                                            MAUREEN C. ONYEAGBAKO
                                            Deputy Attorney General
                                            *Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of California, Luis Lopez, in his official capacity as Director of the California Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General*


Dated: December __, 2020                    Respectfully submitted,

                                            SEILER EPSTEIN LLP


                                            */S/ GEORGE M. LEE*
                                            GEORGE M. LEE
                                            *Attorneys for Plaintiffs Chad Linton, Paul McKinley Stewart, Kendall Jones, Firearms Policy Foundation, Firearms Policy Coalition, Second Amendment Foundation, California Gun Rights Foundation, and Madison Society Foundation*

SA2019100119

3

Stip. and Jt. Mot. to Vacate Dates Pending Resolution of Pls.' Mot. Summ. J. / Partial Summ. J. (3:18-cv-7653-JD)

# CERTIFICATE OF SERVICE

| Case Name: | **Linton, Chad, et al v. Xavier Becerra** | No. | **3:18-cv-7653-JD** |
|---|---|---|---|

I hereby certify that on <u>December 1, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND JOINT MOTION TO VACATE DATES PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT/ PARTIAL SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 1, 2020</u>, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2019100119
34629835.docx