1  George M. Lee (SBN 172982)
   **SEILER EPSTEIN LLP**
2  275 Battery Street, Suite 1600
   San Francisco, CA 94111
3  Phone: (415) 979-0500
   Fax:  (415) 979-0511
4  Email: gml@seilerepstein.com
   *Attorneys for Plaintiffs Chad Linton,*
5  *Paul McKinley Stewart, Firearms Policy Foundation,*
   *Firearms Policy Coalition, Second Amendment Foundation,*
6  *Calguns Foundation, and Madison Society Foundation*

7

8  ROB BONTA
   Attorney General of California
9  ANTHONY R. HAKL
   Supervising Deputy Attorney General
10 JERRY T. YEN
   Deputy Attorney General
11 State Bar No. 247988
     1300 I Street, Suite 125
12   P.O. Box 944255
     Sacramento, CA 94244-2550
13   Telephone:  (916) 210-7836
     Fax:  (916) 324-8835
14   E-mail:  Jerry.Yen@doj.ca.gov
   *Attorneys for Defendants Rob Bonta, in his official capacity*
15 *as California Attorney General, Luis Lopez, in his official*
   *capacity as Director of the California Department of*
16 *Justice Bureau of Firearms, and Robert D. Wilson, in his*
   *official capacity as Deputy Attorney General*

17

18                **UNITED STATES DISTRICT COURT**

19                **DISTRICT OF NORTHERN CALIFORNIA**

20 CHAD LINTON, et al.,                  | Case No. 3:18-cv-07653-JD

21         Plaintiffs,                   | **STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

22     vs.

23

24 ROB BONTA, in his official capacity as
   Attorney General of California, et al.,

25         Defendants.

26

27 //

28 //

1

## STIPULATION RE BRIEFING SCHEDULE

On June 30, 2022 [ECF 58], the Court ordered as follows:

For Dkt. No. [57], the stay is lifted. The parties are directed to file new summary judgment motion papers in lieu of supplement briefs, and should account for new cases published after the prior briefs were filed. The parties are also directed to jointly stipulate to a briefing schedule, and file the stipulation by July 15, 2022.

Pursuant to this Order, the parties to this case, plaintiffs Chad Linton, Paul McKinley Stewart, Firearms Policy Foundation, Firearms Policy Coalition, Second Amendment Foundation, Calguns Foundation, and Madison Society Foundation, ("Plaintiffs") and defendants Rob Bonta, in his official capacity as California Attorney General, Luis Lopez, in his official capacity as Director of the California Department of Justice Bureau of Firearms,[1] and Robert D. Wilson, in his official capacity as Deputy Attorney General ("Defendants"), by and through their counsel of record, have met and conferred, and hereby stipulate as follows:

1. Plaintiffs' motion for summary judgment and supporting papers shall be filed and served via ECF on or before **August 26, 2022**;

2. Defendants' opposition to the motion for summary judgment, and supporting papers, shall be filed and served via ECF on or before **September 26, 2022**; and

3. Plaintiffs' reply memorandum shall be filed and served via ECF on or before **October 11, 2022**.

Whereupon the matter shall be deemed submitted, and/or scheduled for argument as the Court may thereafter desire or allow.

The parties request that the Court approve and endorse the above-stated stipulation by entering the proposed order filed herewith.

SO STIPULATED BY:

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Attorney General Bonta and Director Luis Lopez of the California Department of Justice Bureau of Firearms are automatically substituted as defendants in this matter in place of their predecessors.

SEILER EPSTEIN LLP
Attorneys at Law

| | | |
|---|---|---|
| 1 | Dated: July 14, 2022 | **SEILER EPSTEIN LLP** |
| 2 | | |
| 3 | | /s/ George M. Lee |
| | | George M. Lee |
| 4 | | |
| 5 | | *Attorneys for Plaintiffs Chad Linton, Paul McKinley Stewart, Firearms Policy Foundation, Firearms Policy Coalition, Second Amendment Foundation, Calguns Foundation, and Madison Society Foundation* |
| 6 | | |
| 7 | | |
| 8 | Dated: July 14, 2022 | **ROB BONTA** |
| | | Attorney General of California |
| 9 | | ANTHONY R. HAKL |
| 10 | | Supervising Deputy Attorney General |
| 11 | | /s/ Jerry T. Yen |
| | | JERRY T. YEN |
| 12 | | Deputy Attorney General |
| 13 | | |
| 14 | | *Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, Luis Lopez, in his official capacity as Director of the California Department of Justice Bureau of Firearms and Robert D. Wilson, in his official capacity as Deputy Attorney General* |