George M. Lee (SBN 172982)
      gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
KENDALL JONES, FPC ACTION FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

**SEILER EPSTEIN LLP**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al., | Case No. 3:18-cv-07653-JD |
| Plaintiffs, | **STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| ROB BONTA, in his official capacity as Attorney General of California, et al., | **[N.D. CAL. CIV. L.R. 7-3(D)(2)]** |
| Defendants. | Courtroom 11, 19th Floor<br>Judge:      Hon. James Donato |

## <u>STATEMENT OF RECENT DECISION/SUPPLEMENTARY MATERIAL</u>

PLEASE TAKE NOTICE that pursuant to N.D. Cal. Civil L.R. 7-3(d)(2), plaintiffs Chad Linton, Paul McKinley Stewart, Kendall Jones, FPC Action Foundation, Firearms Policy Coalition, Inc., Second Amendment Foundation, California Gun Rights Foundation and Madison Society Foundation hereby notify the Court of a relevant decision issued by the United States Court of Appeals for the Fifth Circuit: *United States v. Rahimi*, No. 21-11001, Dkt. 140-1, 2023 WL 1459240 (5th Cir. Feb. 2, 2023), in support of plaintiffs' motion for summary judgment and/or partial summary judgment. A copy of the decision is attached hereto as **Exhibit A**.

1    Dated: February 3, 2023                    SEILER EPSTEIN LLP

2

3                                                /s/ George M. Lee

4                                                George M. Lee

5                                                Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28