UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: April 25, 2023                                                                 Judge: Hon. James Donato

Time: 40 Minutes

Case No.       **3:18-cv-07653-JD**
Case Name      **Linton et al v. Bonta et al**

Attorney(s) for Plaintiff(s):    George M. Lee
Attorney(s) for Defendant(s):    Jerry T. Yen

Deputy Clerk: Lisa R. Clark
Court Reporter: Belle Ball

PROCEEDINGS

Hearing re motion for summary judgment -- Held.

NOTES AND ORDERS

The motion for summary judgment, Dkt. No. 62, is taken under submission.

Counsel for plaintiffs may file by May 2, 2023, a declaration regarding plaintiff Stewart's purchase of property in California and his offense of conviction.