George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
KENDALL JONES, FIREARMS POLICY FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD LINTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:18-cv-07653-JD <br><br> **PLAINTIFFS' SUPPLEMENTARY MATERIAL FOLLOWING HEARING OF APRIL 25, 2023** <br><br> Hearing:   April 25, 2023 <br> Time:      10:30 a.m. <br> Courtroom: 11, 19th Floor <br> Judge:     Hon. James Donato |

### PLAINTIFFS' SUPPLEMENTARY MATERIAL

Following the hearing on April 25, 2023 (ECF No. 72) on plaintiffs' motion for summary judgment, plaintiffs Chad Linton, et al. ("plaintiffs") hereby submit the following supplementary material for the Court's consideration:

1.  A true and correct copy of the SUPPLEMENTAL DECLARATION OF PLAINTIFF PAUL MCKINLEY STEWART IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT, and two exhibits attached thereto, is attached hereto as **Exhibit A**.

2.      The two case citations mentioned at the hearing which discuss the then-existing version of first-degree burglary under Arizona law, former A.R.S. § 13-302, are: *State v. Hunter*, 102 Ariz. 472, 476, 433 P.2d 22 (1967) (elements of burglary included burglary committed in the nighttime); and *State v. Jones*, 27 Ariz.App. 180, 181, 552 P.2d 769 (1976) (discussing 1969 amendment to include entry of a commercial yard). When taken in connection with the charging document filed in Mr. Stewart's case (*see* Stewart Supp. Decl., Exhibit C), and the arresting officer's statement (*Id.*, Exh. D), it is clear that first-degree burglary in 1976 did *not* include elements of violence or use of weapons, and the modern version of the comparable offense for which Mr. Stewart was convicted is currently found at A.R.S. § 13-1506 (third degree burglary).

3.      Finally, plaintiffs expressly invoked 42 U.S.C. § 1983 at paragraph 16 of their First Amended Complaint (ECF 36) "since plaintiffs seek to redress the deprivation, under color of the laws, statutes, ordinances, regulations, customs and usages of the State of California, by and through its officers named herein, the rights, privileges or immunity secured by the Constitution of the United States and by Acts of Congress providing for equal rights of citizens or of all persons with the jurisdiction of the United States." Plaintiffs also prayed for an award of costs and fees pursuant to 42 U.S.C. § 1988. (*Id.*, at 26:4-5). Further, in the parties' JOINT CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT (ECF 25), the parties agreed that "Plaintiffs have asserted that this Court has subject matter jurisdiction over their claims against defendant pursuant to 28 U.S.C. §§ 1331, 1343(a)(3) and 42 U.S.C. § 1983, as the claims arise from alleged violations of the Constitution and the laws of the United States." (*Id.*, at 2:5-8). Nevertheless, to the extent that the Court prefers that each separate count should expressly reference § 1983, plaintiffs would respectfully request leave to file an amended complaint pursuant to FRCP 15(a)(2) before trial, or to conform to proof at trial pursuant to FRCP 15(b).

Dated: May 2, 2023                              **SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

**(All Case Participants Are CM/ECF Participants)**

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ George M. Lee
GEORGE M. LEE