George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Attorneys for Plaintiffs
CHAD LINTON, PAUL MCKINLEY STEWART,
KENDALL JONES, FIREARMS POLICY FOUNDATION,
FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,
THE CALGUNS FOUNDATION and MADISON
SOCIETY FOUNDATION

**SEILER EPSTEIN LLP**
Attorneys at Law

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:18-cv-07653-JD <br><br> **SUPPLEMENTAL DECLARATION OF PLAINTIFF PAUL MCKINLEY STEWART IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** <br><br> **[FRCP 56]** <br><br> Courtroom 11, 19th Floor <br> Judge:    Hon. James Donato |

<u>SUPPLEMENTAL DECLARATION OF PAUL McKINLEY STEWART</u>

I, Paul McKinley Stewart, declare as follows:

1. I am currently an adult resident of Mojave County, Arizona I am a named plaintiff in this matter and if called as a witness, I could competently testify to these facts.

2. This declaration will supplement the declaration I submitted in support of plaintiffs' motion for summary judgment, that I signed on Aug. 25, 2022 (ECF 62-3).

//

1

SUPP. DECL. OF PLAINTIFF PAUL McKINLEY STEWART IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT | CASE NO. 3:18-cv-07653-JD

3. Since signing my original declaration, I have purchased a lot of property in Salton City, California, on September 10, 2022. It is my intention to build and relocate to a permanent home on that property as my primary residence.

4. Regarding my burglary conviction, I was charged with first degree burglary under Arizona law as it existed in 1976, A.R.S. § 13-302. A true and correct copy of the felony complaint filed in my case in June 1976, is attached hereto as **Stewart Exhibit C**.

5. My offense did not involve any weapons or violence. A true and correct copy of a document entitled Release Questionnaire filled out by an officer of the Yuma Police Department on June 6, 1976 is attached hereto as **Stewart Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/1/2023



PAUL MCKINLEY STEWART

DocuSign Envelope ID: 9C7D71AF-841C-42F0-BEA6-7CBA1AE38F1C

**STEWART EXHIBIT C**

DocuSign Envelope ID: 9C7D71AF-841C-42F0-BEA6-7CBA1AE38F1C

√63769

FILED
CLERK C.C. YUMA COURT

# In the Justice Court

___FIRST___ PRECINCT, COUNTY OF YUMA, STATE OF ARIZONA

STATE OF ARIZONA

vs.

___ALLEN MILES.___
A.K.A. Paul McKinley Stewart
Defendant

Case No. 18 (11-18)

COMPLAINT
(MISDEMEANOR) (FELONY)

8338

The complainant herein personally appears and, being duly sworn, complains (of his own knowledge) (on information and belief) against

___Allen Miles___

charging that in ___First___ Precinct, Yuma County, Arizona: The defendant committed a felony, to-wit: Count I - Burglary in the First Degree, Count II - Grand Theft, as follows:

Count I - That on or about the 6th day of June, 1976, Allen Miles committed burglary in the night time of the motor vehicle and commercial yard belonging to Mountain Bell Telephone Company, in violation of A.R.S. §13-302, as amended.

Count II - That on or about the 6th day of June, 1976, Allen Miles stole from Mountain Bell Telephone Company property of the value of more than $100.00 in violation of A.R.S. §§ 13-661, 13-663, and 13-671, as amended.

Rick/jeh

All of which is contrary to form, force and effect of the Statutes in such cases made and provided and against the peace and dignity of the State of Arizona.

_____

Subscribed and sworn to before me this ___6th___ day of ___June___, 19 __76__

_____
Justice of the Peace of said Precinct.

DocuSign Envelope ID: 9C7D71AF-841C-42F0-BEA6-7CBA1AE38F1C

**STEWART EXHIBIT D**

DocuSign Envelope ID: 9C7D71AF-841C-42F0-BFA6-7CBA1AE38F1C

Defendant __ALLEN MILES__ (NMN)

Agency _____

Case No. __6934-76__

# RELEASE QUESTIONNAIRE

PART I. INFORMATION TO BE SUPPLIED BY THE PROSECUTOR OR LAW ENFORCEMENT OFFICER.

*Instructions to Magistrate:* Under Ariz. Rev. Stat. Ann. § 13-1577 (c) (Cum. Supp. 1971) the magistrate is to consider the following factors in determining the appropriate conditions for release of persons accused of crime: the nature and circumstances of the offense charged, the weight of evidence against the accused, his family ties, employment, financial resources, character and mental condition, and length of residence in the community, his record of arrest and convictions, and his record of appearance at court proceedings or of flight to avoid prosecution or failure to appear at court proceedings.

You are to obtain as much as possible of the information called for in this form for purposes of making your release decision. The prosecutor or law enforcement officer is required to complete Part I of this form prior to the accused's initial appearance in court. The accused may complete his portion beforehand, or you may record the responses he gives orally during the initial appearance.

*Instructions to Law Enforcement Agency:* The County Attorney Office will fill in the answers to questions 1, 2, 4, and 17.

A. General Information.
1. With what is the defendant charged? _____
2. The maximum penalty for these charges is _____
3. When and where did the offense take place? _____
4. Is the defendant here pursuant to an arrest or summons? _____
5. If the defendant was arrested, when and where was he taken into custody? __22:00 6-6-76 904 D 2nd Ave__
6. Are there any other charges outstanding against the defendant? _____

B. Circumstances of the Offense.
7. Was the defendant armed at the time of the offense? __No__ If so, with what kind of weapon? _____
8. Was any property taken or destroyed? _____ Of what value? _____ Has it been recovered? _____
9. Was anyone injured or threatened with personal injury by defendant during the course of the offense or subsequent thereto? __No__
If so, what were the extent and nature of the injuries? _____

C. Circumstances of the Arrest.
10. Did the defendant attempt to avoid or resist arrest? __No__ If so, how? _____
11. Was he armed at the time of the offense or arrest? __No__
12. Was evidence of the offense found in the defendant's possession? __Yes__
13. Has defendant admitted involvement in the offense? __Yes__

D. Other Information.
14. Has the defendant made any threats against potential witnesses or other parties? __No__
If so, explain. _____
15. Is there any indication that the defendant is:
an alcoholic? __No__, an addict? __No__, mentally disturbed? __No__, physically ill? __No__.
Explain any affirmative answer. _____
16. Is there any other information which indicates the defendant may flee if released? Explain in detail.
_____

17. Based on the information available, does the state oppose an unsecured release at this time? _____
Name, address and signature of the representative of the state and any other person supplying any of the above information.

Signature: Law Enforcement Officer __G. Landey #61__
Agency __YPD__
Date __6-6-76__

Signature: Prosecutor _____
Agency _____
Date _____