George M. Lee (SBN 172982)
  gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al., | Case No. 3:18-cv-07653-JD |
| Plaintiffs, | **STATEMENT OF FACT OF DEATH** |
| vs. | **[FRCP 25]** |
| ROB BONTA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

Plaintiffs, by and through counsel undersigned, note upon the record the death of Plaintiff Chad Linton, pursuant to Rule 25(a)(1) during the pendency of this action. The remaining Plaintiffs shall continue this action sub nom. *Linton v. Bonta, et al.*

Dated: March 21, 2024                     **SEILER EPSTEIN LLP**

                                          /s/ George M. Lee
                                          George M. Lee

                                          Attorneys for Plaintiffs