George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:  (415) 979-0511
Email: gml@seilerepstein.com
Attorney for Plaintiffs Chad Linton,
Paul McKinley Stewart, Kendall Jones,
FPC Action Foundation, Firearms Policy Coalition,
Second Amendment Foundation, California Gun
Rights Foundation, and Madison Society Foundation

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7836
  Fax:  (916) 324-8835
  E-mail:  Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms, and Robert D. Wilson, in his official capacity as Deputy Attorney General*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NORTHERN CALIFORNIA**

| | |
|---|---|
| CHAD LINTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:18-cv-07653-JD <br><br> **STIPULATION TO DISMISS DEFENDANT ROBERT D. WILSON** |

**STIPULATION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action, by and through their counsel undersigned, hereby STIPULATE to the dismissal of Defendant Robert D. Wilson, in his official capacity as Deputy Attorney General, with prejudice.

Dated: March 21, 2024

**SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

Attorneys for Plaintiffs Chad Linton, Paul McKinley Stewart, Kendall Jones, FPC Action Foundation, Firearms Policy Coalition, Second Amendment Foundation, California Gun Rights Foundation, and Madison Society Foundation

Dated: March 21, 2024

**ROB BONTA**
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

/s/ Jerry T. Yen
JERRY T. YEN
Deputy Attorney General

Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms and Robert D. Wilson, in his official capacity as Deputy Attorney General