George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:  (415) 979-0511
Email: gml@seilerepstein.com

Attorney for Plaintiffs Chad Linton,
Paul McKinley Stewart, Kendall Jones,
FPC Action Foundation, Firearms Policy Coalition,
Second Amendment Foundation, California Gun
Rights Foundation, and Madison Society Foundation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al., | Case No. 3:18-cv-07653-JD |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| vs. | |
| ROB BONTA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

## JUDGMENT

The matter having been submitted, and for the reasons stated in this Court's ORDER RE SUMMARY JUDGMENT (Dkt. 76), it is hereby ORDERED, ADJUDGED, AND DECREED that this Judgment shall now be entered in favor of Plaintiffs Paul McKinley Stewart ("Stewart") and Kendall Jones ("Jones") ("Plaintiffs"), and against Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms ("Defendants").

Injunctive relief is hereby granted to Plaintiffs Stewart and Jones as follows. Defendants, and all who are in active concert or participation with them, including all their officers, agents, servants, employees, and attorneys of the California Department of Justice, and those offices and law enforcement agencies that gain knowledge of this Judgment, are hereby enjoined from

1  enforcing or continuing to enforce California Penal Code §§ 29800 and 30305 as those statutes
2  may be applied to Plaintiffs Stewart or Jones to the extent that any firearm or ammunition
3  prohibitions arising from those statutes are or would be based upon Plaintiffs' non-violent, out-
4  of-state felony convictions—specifically, Plaintiff Stewart's August 3, 1976 felony conviction
5  for burglary in Arizona, and Plaintiff Jones' August 22, 1980 felony conviction for credit card
6  abuse in Texas—that have been set aside, vacated, or dismissed in those states. Defendants, and
7  those who are in active concert or participation with them, are further enjoined from denying
8  Plaintiffs Stewart or Jones a Certificate of Eligibility (COE) pursuant to California Penal Code
9  § 26710, if applied for, to the extent that any denial thereof would be based upon the Plaintiffs'
10 non-violent, out-of-state felony convictions listed above that have been set aside, vacated, or
11 dismissed in those states. This Judgment and as-applied relief granted herein is limited only to
12 Plaintiffs Stewart and Jones.

13      Defendants are ordered to update, modify, or correct all State firearm and ammunition
14 eligibility records concerning Plaintiffs Stewart and Jones within Defendants' capacity and
15 control to reflect the relief provided for in this Judgment.

16      The Court shall retain jurisdiction to enforce the provisions of this Judgment.

17      IT IS SO ORDERED.

18 Dated: _____    _____
19                                          HON. JAMES DONATO
                                             UNITED STATES DISTRICT JUDGE

22 Approved as to Form Only:

24 /s/ Jerry T. Yen
    Jerry T. Yen
25 Deputy Attorney General

26 Attorney for Defendants Rob Bonta, in his
    Official capacity as Attorney General of California,
27 and Allison Mendoza, in her official capacity as Director
    Of the California Department of Justice
28 Bureau of Firearms

SEILER EPSTEIN LLP
Attorneys at Law