UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD JAY LINTON, et al.,

    Plaintiffs,

v.

ROB BONTA, et al.,

    Defendants.

Case No. 18-cv-07653-JD

**PERMANENT INJUNCTION**

Pursuant to the summary judgment order granting individual relief to plaintiffs Paul McKinley Stewart and Kendall Jones,[1] Dkt. No. 76, and the parties' jointly proposed form of judgment, Dkt. No. 79, IT IS ORDERED THAT:

Defendant Rob Bonta, in his official capacity as Attorney General of the State of California; defendant Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms; and their officers, agents, directors, employees, successors, and assigns, and all other persons and entities acting in concert or participation with them who have knowledge of this order, are permanently enjoined from the following acts:

(1) prohibiting the possession or ownership of a firearm or ammunition by plaintiff Paul McKinley Stewart pursuant to California Penal Code §§ 29800 and 30305 on the basis of Stewart's August 3, 1976, felony conviction for burglary in Arizona, which was subsequently dismissed, vacated, or set aside;

(2) prohibiting the possession or ownership of a firearm or ammunition by plaintiff Kendall Jones pursuant to California Penal Code §§ 29800 and 30305 on the basis of

---

[1] The Court is advised that plaintiff Chad Linton has died. Dkt. No. 77.

Jones' August 22, 1980, felony conviction for credit card abuse in Texas, which was subsequently dismissed, vacated, or set aside;

(3) denying plaintiff Kendall Jones a Certificate of Eligibility (COE) pursuant to California Penal Code § 26710 on the basis of Jones' August 22, 1980, felony conviction for credit card abuse in Texas, which was subsequently dismissed, vacated, or set aside.

The Court retains jurisdiction to enforce, modify, extend or dissolve this injunction.

**IT IS SO ORDERED.**

Dated:  June 17, 2024

JAMES DONATO
United States District Judge