George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
PAUL MCKINLEY STEWART, KENDALL JONES,
FPC ACTION FOUNDATION, FIREARMS POLICY
COALITION, SECOND AMENDMENT FOUNDATION,
CALIFORNIA GUN RIGHTS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>  Defendants. | Case No. 3:18-cv-07653-JD<br><br>**STIPULATION AND PROPOSED ORDER TO ENLARGE TIME FOR FILING OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COST BILL**<br><br>[Northern District Civ. L.R. 6-2]<br><br>Judge:    Hon. James Donato |

## STIPULATION

The parties hereto, Plaintiffs Paul McKinley Stewart et al. ("Plaintiffs") and Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms ("Defendants"), hereby agree and STIPULATE as follows:

WHEREAS, the Court entered a Permanent Injunction (Dkt. 80) and Judgment (Dkt. 81) in favor of plaintiffs Paul McKinley Stewart and Kendall Jones on June 17, 2024;

WHEREAS, Plaintiffs Stewart and Jones intend to file a motion for an award of attorneys' fees pursuant to Fed. Rule Civ. Pro. 54(d)(2), 42 U.S.C. § 1988(b), and Northern District Civ. L.R.

54-5;

WHEREAS, Plaintiffs also intend to file their cost bill pursuant to Civ. L.R. 54-1;

WHEREAS, under Civ. L.R. 54-5(a), the time for filing a motion for attorneys' fees is "within 14 days of entry of judgment by the District Court, unless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2," which would presently make July 1, 2024 the last day for Plaintiffs to file their fee motion and cost bill;

WHEREAS, the parties have met and conferred, and are continuing to meet and confer, for the purpose of resolving all disputed issues relating to attorneys' fees, pursuant to Civ. L.R. 54-5(a);

WHEREAS, the parties are also discussing settlement of the fees issue; and

WHEREAS, the parties are requesting additional time to allow for a full consideration of the material submitted to Defendants:

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, pursuant to Civ. L.R. 6-2, to an enlargement of time beyond the time otherwise required by L.R. 54-5(a) (relating to fees) and 54-1 (costs), by an additional **thirty (30) days**, such that the last day for Plaintiffs to file their fee motion and cost bill shall be no later than **August 1, 2024**.

The parties jointly request that the Court approve this stipulation by endorsing the proposed order below.

STIPULATED BY:

Dated: June 25, 2024                     **SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee
*Attorney for Plaintiffs*

Dated: June 25, 2024

**ROB BONTA**
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

/s/ Jerry T. Yen
JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendants*

# ORDER

The foregoing stipulation of the parties is approved, and it is hereby ORDERED:

Plaintiffs shall have until **August 1, 2024** to file their motion for attorneys' fees, pursuant to Fed. Rule Civ. Pro. 54(d) and Northern District Civ. L.R. 54-5, and their cost bill, pursuant to Civ. L.R. 54-1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   _____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

SEILER EPSTEIN LLP

3
STIPULATION AND ORDER ENLARGING TIME FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COST BILL
CASE NO. 3:18-cv-07653-JD