George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
PAUL MCKINLEY STEWART, KENDALL JONES,
FPC ACTION FOUNDATION, FIREARMS POLICY
COALITION, SECOND AMENDMENT FOUNDATION,
CALIFORNIA GUN RIGHTS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>        Defendants. | Case No. 3:18-cv-07653-JD<br><br>**DECLARATION OF GEORGE M. LEE RE: STIPULATION AND PROPOSED ORDER TO ENLARGE TIME FOR FILING OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COST BILL**<br><br>**[Northern District Civ. L.R. 6-2]**<br><br>Judge:    Hon. James Donato |

## DECLARATION OF GEORGE M. LEE

I, George M. Lee, declare as follows:

1.    I am an attorney at law, in good standing, duly licensed to practice law in this State and appear before its courts. I am admitted to the Northern District of California. I am counsel of record for the plaintiffs in this matter. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2.    This declaration is made pursuant to Northern District Civ. L.R. 6-2, which requires a declaration to support any stipulated request to extend time to file a motion. This declaration is specifically made with reference to the parties' Stipulation and Proposed Order to Enlarge Time for

1

DECLARATION OF GEORGE M. LEE RE STIPULATION AND ORDER ENLARGING TIME FOR PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COST BILL | CASE NO. 3:18-cv-07653-JD

1  Filing of Plaintiffs' Motion for Attorneys' fees and Cost Bill ("Stipulation"), to be filed herewith.

REASONS FOR ENLARGEMENT OF TIME

3. As set forth in the parties' Stipulation, the Court entered a Permanent Injunction (Dkt. 80) and Judgment (Dkt. 81) in favor of plaintiffs Paul McKinley Stewart and Kendall Jones on June 17, 2024. Accordingly, and at present, the time for Plaintiffs to file a motion for an award of attorneys' fees, pursuant to FRCP 54(d)(2), and Northern District L.R. 54-5 would be July 1, 2024, which is 14 days after entry of judgment in this matter.

4. Pursuant to Civ. L.R. 54-1, the time for Plaintiffs to file their cost bill would also be July 1, 2024.

5. On June 24, 2024, I met and conferred with Deputy Attorney General Jerry Yen, counsel for Defendants, pursuant to Civ. L.R. 54-5(a), which requires that "Counsel for the respective parties must meet and confer for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees." In furtherance of this meet/confer requirement, I sent to Deputy Attorney General Yen a copy of my time entries for this matter, going back to Sept. 2018, and a signed declaration of an attorneys' fee expert to be submitted in support of plaintiffs' anticipated fee motion.

6. As set forth in the parties' Stipulation, the parties are continuing to meet and confer to narrow and resolve any disputed issues, and are also discussing settlement of the fees question.

7. On June 25, 2024, Deputy Attorney General Yen stated that his office was going through the billing records submitted, and he suggested that an additional thirty (30) days would be necessary to engage in further discussions on the subject.

8. Accordingly, and for the reasons set forth in the Stipulation, the parties are requesting additional thirty days, or to August 1, 2024, for Plaintiffs to file both their fee motion pursuant to Civ. L.R. 54-5, and their cost bill, pursuant to Civ. L.R. 54-1.

PRIOR TIME MODIFICATIONS

9. There have been no prior requests for enlargement of time for filing of the fee motion or the cost bill. In the overall case history, there have been routine stipulations for extensions of time or to modify a briefing schedule, all of which have been granted. See, e.g., Dkt. 11 (Stip. to

SEILER EPSTEIN LLP

DECLARATION OF GEORGE M. LEE RE STIPULATION AND ORDER ENLARGING TIME FOR PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COST BILL | CASE NO. 3:18-cv-07653-JD

1  Respond to Complaint), Dkt. 27 (Stip. Re Litigation Scheduling), Dkt. 39 (Stip. and Proposed Order
2  Continuing Hearing and Setting Briefing Schedule).

### CASE SCHEDULING

10. The enlargement of time requested by the Stipulation would not affect any case scheduling, as judgment has been now been entered, and no case management or hearing deadlines are currently set.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of June, 2024, at San Francisco, California.

_____
GEORGE M. LEE