**CERTIFICATE OF SERVICE**

**(All Case Participants Are CM/ECF Participants)**

    I hereby certify that on June 25, 2024, I electronically filed the foregoing document(s) with the Clerk of the Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        /s/ George M. Lee
                                                  GEORGE M. LEE