George M. Lee (SBN 172982)
   gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:  (415) 979-0511

Attorneys for Plaintiffs
PAUL MCKINLEY STEWART, KENDALL JONES,
FPC ACTION FOUNDATION, FIREARMS POLICY
COALITION, SECOND AMENDMENT FOUNDATION,
CALIFORNIA GUN RIGHTS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ROB BONTA, in his official capacity as<br>Attorney General of California, et al.,<br><br>       Defendants. | Case No. 3:18-cv-07653-JD<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**[FRCP 54; 42 U.S.C. § 1988; L.R. 54-5]**<br><br>Date:     September 19, 2024<br>Time:    10:00 a.m.<br>Courtroom 11, 19th Floor<br>Judge:   Hon. James Donato |

TO DEFENDANTS, THROUGH THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **September 19, 2024**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard in Courtroom 11, Hon. James Donato presiding, Plaintiffs Paul McKinley Stewart and Kendall Jones ("Plaintiffs"), will and hereby do move this Court for an order granting an award of attorneys' fees, pursuant to Fed. R. Civ. Pro. 54(d)(2), 42 U.S.C. § 1988, and Northern District of California Civ. L.R. 54-5, against Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms ("Defendants").

//

SEILER EPSTEIN LLP

SEILER EPSTEIN LLP

1    This motion is made on the grounds that Plaintiffs are the prevailing parties in this matter,

2    that they succeeded on a significant issue in being granted the injunctive relief requested, and that

3    they are entitled to an award of reasonable attorneys' fees as a part of the costs in this action,

4    pursuant to 42 U.S.C. § 1988(b). This motion is made following the Court's entry of judgment in

5    Plaintiffs' favor on June 17, 2024 [Dkt. No. 81]. As set forth more fully in the memorandum of

6    points & authorities submitted in support of this motion, and the supporting declarations of George

7    M. Lee and Kenneth M. Moscaret, Plaintiffs seek an award of $282,000.00 as the reasonable fees

8    awardable to Plaintiffs under section 1988, subdiv. (b).

9    Plaintiffs also seek an award of costs in the amount of $2,149.76, pursuant to Fed. Rule Civ.

10   Pro. 54(d)(1), and Northern District Civ. L.R. 54-1, provided that the Court accepts Plaintiffs' cost

11   memorandum submitted without sufficient challenge or objections by the Defendants. Plaintiffs

12   request that these costs be included in the Court's order on this motion.

13   In support of this motion, Plaintiffs and moving parties rely upon this notice of motion and

14   motion, the memorandum of points and authorities, the supporting declarations submitted herewith,

15   and all exhibits attached thereto, the Bill of Costs submitted pursuant to N.D. Civ. L.R. 54-1, all

16   court records and other matters of which the Court may take judicial notice, and all other evidence

17   and argument that the Court may consider upon the hearing of this matter.

18   Dated: August 1, 2024                          **SEILER EPSTEIN LLP**

19

20                                                  /s/ George M. Lee
21                                                  George M. Lee

22                                                  Attorneys for Plaintiffs

23

24

25

26

27

28