<u>Supporting Documentation Item 8.a (Clerk/Court Fees)</u>

**Subject:** Pay.gov Payment Confirmation: CAND CM ECF
**Date:** Thursday, December 20, 2018 at 11:11:05 AM Pacific Standard Time
**From:** notification@pay.gov
**To:** George Lee

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 26E82PRC
Agency Tracking ID: 0971-12944584
Transaction Type: Sale
Transaction Date: Dec 20, 2018 2:11:00 PM

Account Holder Name: George M Lee
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.