Supporting Documentation Item 8.b (Deposition Costs)

**Veritext, LLC**
**California Region**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. (949) 777-9304

**Bill To:** George M. Lee
Seiler Epstein LLP (CA)
275 Battery St.
Suite 1600
San Francisco CA 94111

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Cynthia Watkins-Jones at 949-777-9304 or collections-west@veritext.com

| Statement Date: 8/17/2020 | | | | | | | | Total Balance Due: | $1,749.76 |
|---|---|---|---|---|---|---|---|---|---|
| **Invoice #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged** | | **Balance Due** |
| SF4424121 | 7/14/2020 | 4083222 | 6/5/2020 | Linton v Becerra | George M. Lee | O | 34 | | $1,749.76 |
| | | | | | | | | **Total:** | $1,749.76 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $0.00 | $1,749.76 | $0.00 | $0.00 | $1,749.76 |

Please Remit Payment To:    Veritext    Page 1 of 1
P.O. Box 71303
Chicago IL 60694-1303

Fed. Tax ID: 20-3132569    Visa, Mastercard & American Express Accepted

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.