1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  JERRY T. YEN
   Deputy Attorney General
4  State Bar No. 247988
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7836
     Fax: (916) 324-8835
7    E-mail: Jerry.Yen@doj.ca.gov
   *Attorneys for Rob Bonta, in his official capacity as*
8  *Attorney General of California, Allison Mendoza, in*
   *her official capacity as Director of the California*
9  *Department of Justice Bureau of Firearms*

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14
   | CHAD LINTON, ET AL.,                                      | Case No. 3:18-cv-07653-JD |
15 |                                                           |                            |
   |                                   Plaintiffs,            |                            |
16 |                                                           |                            |
   | v.                                                        | **STIPULATION AND PROPOSED ORDER TO ENLARGE TIME TO FILE RESPONSE AND REPLY TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
17 |                                                           |                            |
18 | **ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the Department of Justice Bureau of Firearms,** | |
19 |                                                           | [Civ. L.R. 6-2]            |
20 |                                                           |                            |
21 |                                   Defendants.            | Date:        September 19, 2024 |
   |                                                           | Time:        10:00 a.m.    |
22 |                                                           | Courtroom:   11             |
   |                                                           | Judge:       The Honorable James Donato |
   |                                                           | Action Filed: Dec. 20, 2018 |

1  Pursuant to Local Rule 6-2, Plaintiffs Paul McKinley Stewart et al. ("Plaintiffs") and Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms ("Defendants"), hereby stipulate and request that the time within which parties may file and serve the response and reply to Plaintiffs' pending motion for attorneys' fees and costs, shall be extended from August 29, 2024 and September 5, 2024, respectively, to September 3, 2024 and September 10, 2024, respectively. There has been one prior stipulation extending these deadlines.

The parties are attempting to settle and resolve the disputed issues related to the attorneys' fees and costs motion. The parties are requesting the additional time due to scheduling conflicts for discussing possible resolution of the issues with officials in the Department of Justice, including the Executive Office.

The parties jointly request that the Court approve this stipulation by endorsing the proposed order below.

| | | |
|---|---|---|
| 1 | Dated: August 21, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |

/s/ Jerry T. Yen

JERRY T. YEN
Deputy Attorney General
*Attorneys for Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms*

Dated: August 21, 2024        **SEILER EPSTEIN LLP**

/s/ George M. Lee*
George M. Lee
  *Attorney for Plaintiffs*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

The foregoing stipulation of the parties is approved, and it is hereby ORDERED:

Defendants shall have until **September 3, 2024** to file their response to Plaintiffs' motion for attorneys' fees and costs, and Plaintiffs shall have until **September 10, 2024** to file their reply.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                                                    Hon. James Donato
                                                                    United States District Judge

# CERTIFICATE OF SERVICE

| Case Name: | **Linton, Chad, et al v. Xavier Becerra** | No. | **3:18-cv-07653-JD** |
|---|---|---|---|

I hereby certify that on <u>August 21, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND PROPOSED ORDER TO ENLARGE TIME TO FILE RESPONSE AND REPLY TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 21, 2024</u>, at Sacramento, California.

|   |   |
|---|---|
| Ksenia Lavrushchak | /s/ Ksenia Lavrushchak |
| Declarant | Signature |