ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of California, Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, ET AL.,<br><br>                           Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the Department of Justice Bureau of Firearms,<br><br>                           Defendants. | Case No. 3:18-cv-07653-JD<br><br>**DECLARATION IN SUPPORT OF STIPULATION TO ENLARGE TIME TO FILE RESPONSE AND REPLY TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:        September 19, 2024<br>Time:       10:00 a.m.<br>Courtroom:  11<br>Judge:      The Honorable James Donato<br>Action Filed: Dec. 20, 2018 |

I, Jerry T. Yen, declare:

1. I am a Deputy Attorney General for the Office of the Attorney General for the State of California, attorney of record for Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms, in this action. I am competent to testify to the matters set forth in this declaration, and if called to do so, I would and could so testify.

2. On August 1, 2024, Plaintiffs filed a motion for attorneys' fees and costs. Dkt. 84. In the accompanying Joint Stipulation, Plaintiffs and Defendants (the "Parties") jointly request that the time within which parties may file and serve the response and reply to the motion be extended from August 29, 2024 and September 5, 2024, respectively, to September 3, 2024 and September 10, 2024, respectively. This will allow time for Defendants to accommodate scheduling issues for discussion of the motion with officials in the Department of Justice, including the Executive Office, and for the parties to continue settlement discussions.

3. I provided a copy of the accompanying stipulation to counsel for all parties, and on August 21, 2024, Plaintiffs' counsel provided permission to file it.

4. The parties previously requested that an extension on the time for Plaintiffs to file their motion for attorneys' fees and costs, which was granted. Dkts. 82 and 83. The parties also requested an extension of time for the parties to file the response and reply to the motion, which was granted. Dkts. 86 and 87. In the overall case history, there have been routine stipulations for extensions of time or to modify a briefing schedule, all of which have been granted. *See, e.g.*, Dkts. 11, 27, and 39. This request will not impact any deadlines other than those addressed herein.

2

Yen Decl. ISO Stipulation and Proposed Order to Enlarge Time (3:18-cv-07653-JD)

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Executed on August 21, 2024.

                                               */s/ Jerry T. Yen*
                                               JERRY T. YEN
                                               Deputy Attorney General

3

Yen Decl. ISO Stipulation and Proposed Order to Enlarge Time (3:18-cv-07653-JD)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Linton, Chad, et al v. Xavier Becerra** | No. | **3:18-cv-07653-JD** |

I hereby certify that on <u>August 21, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION IN SUPPORT OF STIPULATION TO ENLARGE TIME TO FILE RESPONSE AND REPLY TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 21, 2024</u>, at Sacramento, California.

| | |
|---|---|
| Ksenia Lavrushchak | /s/ Ksenia Lavrushchak |
| Declarant | Signature |