George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
PAUL MCKINLEY STEWART, KENDALL JONES,
FPC ACTION FOUNDATION, FIREARMS POLICY
COALITION, SECOND AMENDMENT FOUNDATION,
CALIFORNIA GUN RIGHTS FOUNDATION and MADISON
SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>    Defendants. | Case No. 3:18-cv-07653-JD<br><br>**STIPULATION AND PROPOSED ORDER TO TAKE FEE MOTION OFF-CALENDAR**<br><br>Judge:    Hon. James Donato |

## **STIPULATION**

The parties hereto, Plaintiffs Paul McKinley Stewart et al. ("Plaintiffs") and Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms ("Defendants"), hereby agree and STIPULATE as follows:

WHEREAS, on August 1, 2024, Plaintiffs Stewart and Jones filed their motion for an award of attorneys' fees pursuant to Fed. Rule Civ. Pro. 54(d)(2), 42 U.S.C. § 1988(b), and Northern District Civ. L.R. 54-5 (Dkt. No. 84), the hearing of which is scheduled for September 19, 2024 at 10:00 a.m. in Courtroom 11;

WHEREAS, the parties have stipulated to extend the time for Defendants to file their opposition to the Plaintiffs' Fee Motion (Dkt. Nos. 86, 88), which was granted on August 28, 2024 (Dkt. No. 89); and

WHEREAS, the parties have now entered into a tentative settlement related to the payment of Plaintiffs' costs and fees:

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, that the current Motion for Attorneys' Fees and Costs, presently set for hearing on September 19, 2024, should go off-calendar, without prejudice to its renewal, until the parties can finalize their settlement, and file a stipulation for dismissal pursuant to FRCP 41.

The parties jointly request that the Court approve this stipulation by endorsing the proposed order below.

STIPULATED BY:

Dated: September 3, 2024          **SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee
*Attorney for Plaintiffs*

Dated: September 3, 2024          **ROB BONTA**
Attorney General of California

/s/ Anthony R. Hakl
ANTHONY R. HAKL
Supervising Deputy Attorney General
*Attorneys for Defendants*

## **ORDER**

The foregoing stipulation of the parties is approved, and it is hereby ORDERED:

Plaintiffs' Motion for Attorneys' Fees and Costs, presently set for hearing on September 19, 2024 before this Court, shall go off-calendar, without prejudice to its being renewed, until such time as the parties may finalize their settlement and file their stipulation to a dismissal of this matter pursuant to FRCP 41.

SO ORDERED.

Dated: _____ _____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE