George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

*Attorney for Plaintiffs Chad Linton,*
*Paul McKinley Stewart, Kendall Jones,*
*FPC Action Foundation, Firearms Policy Coalition,*
*Second Amendment Foundation, California Gun*
*Rights Foundation, and Madison Society Foundation*

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov

*Attorneys for Defendants Rob Bonta, in his official capacity*
*as California Attorney General, Allison Mendoza, in her*
*official capacity as Director of the California Department*
*of Justice Bureau of Firearms, and Robert D. Wilson, in his*
*official capacity as Deputy Attorney General*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al., | Case No. 3:18-cv-07653-JD |
| Plaintiffs, | **STIPULATED JUDGMENT ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| ROB BONTA, in his official capacity as Attorney General of California, et al., | **[FRCP 54(d)]** |
| Defendants. | |

The parties hereto, Plaintiffs Paul McKinley Stewart et al. ("Plaintiffs") and Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms ("Defendants"), hereby agree and STIPULATE as follows:

## RECITALS

WHEREAS, on June 17, 2024, the Court entered a Permanent Injunction (Dkt. 80) and Judgment (Dkt. 81) in favor of plaintiffs Paul McKinley Stewart and Kendall Jones;

WHEREAS, on August 1, 2024, Plaintiffs Stewart and Jones filed their motion for an award of attorneys' fees pursuant to Fed. Rule Civ. Pro. 54(d)(2), 42 U.S.C. § 1988(b), and Northern District Civ. L.R. 54-5 (Dkt. No. 84) ("Fee Motion"), the hearing of which was originally scheduled for September 19, 2024;

WHEREAS, on August 1, 2024, Plaintiffs also filed and served their Bill of Costs (Dkt. 85);

WHEREAS, the parties thereafter stipulated to extend the time for Defendants to file their opposition to the Plaintiffs' Fee Motion (Dkt. Nos. 86, 88), which was granted on August 28, 2024 (Dkt. No. 89);

WHEREAS, on September 4, 2024, the parties filed their further Stipulation to take Plaintiffs' Fee Motion off calendar, and advised the court that the parties entered into a tentative settlement related to the payment of Plaintiffs' costs and fees (Dkt. 91);

WHEREAS, on September 4, 2024, the Court approved of the parties' stipulation and ordered the Plaintiffs' Fee Motion to go off calendar, without prejudice to its being renewed;

WHEREAS, the parties have agreed that the value of Plaintiffs' legal fees and costs is $244,399.76; and

WHEREAS, the parties desire to end further motion practice, further controversy and fees, and to give Defendants the opportunity to obtain the approvals and satisfy the requirements set forth in Cal. Government Code § 965, et seq.:

STIPULATION FOR ENTRY OF JUDGMENT

In light of the foregoing recitals, the parties hereby stipulate that the Court should enter an order and judgment within the meaning of Fed. Rule Civ. Proc. 54, awarding fees and costs in favor of Plaintiffs Paul McKinley Stewart and Kendall Jones, and against Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms, in the amount of **$244,399.76**, which stipulated sum represents the reasonable and agreed-upon amount of attorneys' fees and costs awardable to Plaintiffs pursuant to 42 U.S.C. § 1988(b) and Fed. Rule Civ. Pro. 54(d).

Plaintiffs authorize Defendants to make payment directly to "Seiler Epstein LLP Client Trust Account."

The Court shall retain jurisdiction to enforce this judgment.

Dated: November 22, 2024                **SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

Attorneys for Plaintiffs Chad Linton, Paul McKinley Stewart, Kendall Jones, FPC Action Foundation, Firearms Policy Coalition, Second Amendment Foundation, California Gun Rights Foundation, and Madison Society Foundation

Dated: November 22, 2024

**ROB BONTA**
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

/s/ Jerry T. Yen
JERRY T. YEN
Deputy Attorney General

Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms and Robert D. Wilson, in his official capacity as Deputy Attorney General

ORDER

The Court accepts the foregoing stipulation of the parties, and hereby orders that attorneys' fees and costs shall be awarded to Plaintiffs Paul McKinley Stewart and Kendall Jones in accordance with the above stipulation.

SO ORDERED.

Dated: _____

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE