UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LINTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>    Defendants. | Case No. 18-cv-07653-JD<br><br>**ORDER RE MOTION FOR ATTORNEY'S FEES AND COSTS** |

    Pursuant to the parties' joint stipulation, Dkt. No. 92, 42 U.S.C. § 1988, and Fed. R. Civ. P. 54(d), the Court awards attorney's fees and costs to Plaintiffs Paul McKinley Stewart and Kendall Jones, in the amount of $ 244,399.76.

**IT IS SO ORDERED.**

Dated: November 26, 2024

JAMES DONATO
United States District Judge